IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHN ALEXANDER ZAPATA HINCAPIE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TEXAS TECH UNIVERSITY, | ) ) |
| Defendant. | ) Civil Action No. 5:23-CV-299-C |

## ORDER

The Court notes that Plaintiff has previously filed a civil action (5:23-CV-045-H) in which Texas Tech University is a named Defendant. That case remains pending and asserts many of the same factual allegations and circumstances as are alleged in the above-styled and -numbered civil action.

Thus, Plaintiff shall **SHOW CAUSE** within seven (7) days from the date of this Order as to why the above-styled and -numbered civil action is not duplicitous of the prior lawsuit and why the above-styled and -numbered civil action should not be dismissed.

SO ORDERED this 18th day of December, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE